rari to the Court of Appeals of the District of Columbia denied. *Messrs. Harry A. Fellows* and *Camden R. McAtee* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, Andrew D. Sharpe,* and *Paul D. Miller* for respondent.

No. 703. CORNING GLASS WORKS *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. April 21, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Lawrence Graves* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, Morton P. Fisher, Paul D. Miller,* and *Clarence M. Charest* for respondent.

No. 705. BELT RAILWAY CO. OF CHICAGO *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. April 21, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. R. Kemp Slaughter* and *Hugh C. Bickford* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, Barham R. Gary,* and *W. Marvin Smith* for respondent.

No. 706. CONCORDIA LAND & TIMBER CO. *v.* WILLETTS WOOD PRODUCTS CO. ET AL. April 21, 1930. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Mr. G. P. Bullis* for petitioner. *Messrs. J. C. Theus* and *J. W. House* for respondents.

No. 708. COHEN *v.* UNITED STATES. April 21, 1930. Petition for writ of certiorari to the Circuit Court of